# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 20-15 C/W
### 20-14, 20-16, 20-17

**SALINE LAKESHORE, L.L.C.**

**VERSUS**

**ERIC MORACE & JULIE MORACE**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, DOCKET NO. 2016-2551
HONORABLE KERRY SPRUILL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, D. Kent Savoie and Candyce G. Perret, Judges.

**AFFIRMED.**

**Randall L. Wilmore**
**Edward E. Rundell**
**Gold, Weems, Bruser, Sues & Rundell**
**P.O. Box 6118**
**Alexandria, LA 71351**
**(318) 445-6471**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
        **Saline Lakeshore, L.L.C.**

**Ricky L. Sooter**
**4615 Parliament Drive, Suite 202**
**Alexandria, LA 71303**
**(318) 767-2226**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
        **Saline Lakeshore, L.L.C.**

**Charles A. Riddle**
**Riddle & Donaghey, LLC**
**P.O. Box 608**
**Marksville, LA 71351**
**(318) 240-7217**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Eric Morace and Julie Morace**

**COOKS, Judge.**

For the reasons assigned in the companion case of *Saline Lakeshore, L.L.C. v. Marlon Littleton & Benita Littleton*, 20-14 (La.App. 3 Cir. __/__/__), ___ So.3d ____, the judgment of the district court dismissing Saline's petitory action against Eric Morace and Julie Morace is affirmed.  All costs of this appeal are assessed against appellant, Saline Lakeshore, L.L.C.

**AFFIRMED.**